1542

2003–0929.   State v. Martin.

Cuyahoga App. No. 80198, 2003-Ohio-1499.

PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., dissent.